UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Heather Sharma v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-10773-DRH-PMF |
| *Ashley Ann Gregson v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-10551-DRH-PMF |
| *Claire Bowlan-Whetstone, et al. v. Bayer Pharma AG, et al.* | No. 3:12-cv-10087-DRH-PMF |
| *Brenda Goad, et al. v. Bayer Pharma AG, et al.* | No. 3:12-cv-11384-DRH-PMF |
| *Bree Lawson v. Bayer Corporation, et al.* | No. 3:11-cv-10716-DRH-PMF |
| *Lisa Warren v. Bayer Corporation, et al.* | No. 3:10-cv-11565-DRH-PMF |
| *Shawn Bradley v. Bayer Corporation, et al.* | No. 3:09-cv-10028-DRH-PMF |
| *Jessica Hollingsworth v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-11067-DRH-PMF |
| *Shenita McAlister v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-13345-DRH-PMF |
| *Kimberly McGinnis v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-13337-DRH-PMF |
| *Keri Williams v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-11063-DRH-PMF |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations and/or Orders of Dismissal filed to date, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

                                          JUSTINE FLANAGAN,
                                          ACTING CLERK OF COURT

                                          BY:  /s/*Caitlin Fischer*
                                              **Deputy Clerk**

Digitally signed by Judge David R. Herndon
Date: 2016.06.17 16:38:54 -05'00'

APPROVED:
            DISTRICT JUDGE
            U. S. DISTRICT COURT